JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:   (415) 436-7071
    Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-824 WHA |
| ) | |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| ) | |
| JOSE HERNANDEZ-MONTOYA, ) | |
|    a/k/a JOSE LUIS HERNANDEZ, ) | |
| ) | |
|     Defendant. ) | |

    On November 14, 2008, the parties appeared before the Court for the defendant's arraignment. At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy Trial Act starting November 14, 2008 through November 25, 2008. The parties represented that granting the continuance was the reasonable time necessary for continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice

/ /

/ /

/ /

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-824 WHA        1

1  served by granting such a continuance outweighed the best interests of the public and the
2  defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
3  SO STIPULATED:

    JOSEPH P. RUSSONIELLO
    United States Attorney

7  DATED: November 17, 2008        /s/
    TAREK J. HELOU
    Assistant United States Attorney

10 DATED: November 17, 2008        /s/
    JODI LINKER
    Attorney for Defendant JOSE HERNANDEZ-MONTOYA

13      For the reasons stated above, the Court finds that exclusion of time starting November
14 14, 2008 through November 25, 2008 is warranted and that the ends of justice served by the
15 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
16 U.S.C. § 3161 (h)(8)(A).  The failure to grant the requested continuance would deny the
17 defendant continuity of counsel, and would result in a miscarriage of justice.  18 U.S.C. §
18 3161(h)(8)(B)(iv).

20 SO ORDERED.

22 DATED: November 17, 2008        [signature]
    THE HONORABLE BERNARD ZIMMERMAN
    United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-824 WHA                                                                 2