JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7071
   Facsimile: (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-824 WHA |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| JOSE HERNANDEZ-MONTOYA, a/k/a JOSE LUIS HERNANDEZ, | |
|    Defendant. | |

On November 25, 2008, the parties appeared before the Court for the defendant's initial status conference. At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy Trial Act starting on November 25, 2008 through December 9, 2008. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by

//

//

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-824 WHA                                                                                                                                                                1

1  //
2  granting such a continuance outweighed the best interests of the public and the defendant in a
3  speedy trial.  18 U.S.C. § 3161(h)(8)(A).
4  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

8  DATED: November 26, 2008            /s/
                                    TAREK J. HELOU
9                                   Assistant United States Attorney

11  DATED: November 26, 2008            /s/
                                    JODI LINKER
12                                  Attorney for Defendant JOSE HERNANDEZ-MONTOYA

14       For the reasons stated above, the Court finds that exclusion of time starting on November
15  25, 2008 through December 9, 2008 is warranted and that the ends of justice served by the
16  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
17  U.S.C. § 3161 (h)(8)(A).  The failure to grant the requested continuance would deny the
18  defendant continuity of counsel, and would result in a miscarriage of justice.  18 U.S.C. §
19  3161(h)(8)(B)(iv).

21  SO ORDERED.

23  DATED: December 1, 2008
                                    THE HONORABLE WILLIAM H. ALSUP
24                                  United States District Judge

*(Seal: IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California)*

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-824 WHA                                                                                      2